UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-52-RBD-EJK

JOANNE HAMLET  18 U.S.C. § 1344

# INDICTMENT

The Grand Jury charges:

## COUNTS ONE THROUGH TEN
(Bank Fraud)

### A. Introduction

At times material to this Indictment:

1. The victim company was a State of Florida corporation with a principal address in Winter Garden, Florida, within the Middle District of Florida, that engaged in business related to real estate, timeshare sales, and travel services (the "Real Estate Corporation").

2. The owner of the Real Estate Corporation had business bank accounts at Bank of America for which the owner had signatory authority.

3. JOANNE HAMLET worked for the Real Estate Corporation as an independent contractor. In this role, JOANNE HAMLET had the ability to access some of the Real Estate Corporation's financial accounts, books of checks for those accounts, and a signature stamp for the Real Estate Corporation's owner. JOANNE

HAMLET was authorized to write and sign checks on behalf of the Real Estate Corporation for certain business-related purposes using the signature stamp.

4. JOANNE HAMLET had a personal bank account at JPMorgan Chase Bank, N.A.

5. Bank of America and JPMorgan Chase Bank, N.A. were financial institutions as defined by 18 U.S.C. § 20, the accounts and deposits of which were federally insured by the Federal Deposit Insurance Corporation, with branches and ATMs located in the Middle District of Florida and elsewhere.

### B. The Scheme and Artifice

6. Beginning in or about March 2016, and continuing through in or about December 2022, in the Middle District of Florida, and elsewhere, the defendant,

JOANNE HAMLET,

did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, as defined in 18 U.S.C. § 20, and to obtain money, funds, credits, assets, and other property owned by, and under the custody and control of, the financial institution, by means of materially false and fraudulent pretenses, representations, and promises.

### C. Manner and Means of the Scheme and Artifice

7. The manner and means by which the defendant, JOANNE HAMLET, sought to accomplish the scheme and artifice to defraud included, among others, the following:

a. It was part of the scheme and artifice to defraud that JOANNE HAMLET would and did maintain a bank account at JPMorgan Chase Bank, N.A.

b. It was further part of the scheme and artifice to defraud that JOANNE HAMLET would and did, without authorization from the Real Estate Corporation, write checks from the Real Estate Corporation's Bank of America account ending in 3139 (the "fraudulent checks"), which she signed using the signature stamp of the Real Estate Corporation's owner.

c. It was further part of the scheme and artifice to defraud that JOANNE HAMLET would and did write the fraudulent checks payable to J.B. to conceal that she was writing the checks for herself.

d. It was further part of the scheme and artifice to defraud that JOANNE HAMLET would and did write information on the memo line of the fraudulent checks to make them appear business-related and to conceal that she was writing the checks for herself.

e. It was further part of the scheme and artifice to defraud that JOANNE HAMLET would and did deposit the fraudulent checks into a JPMorgan Chase Bank account ending in 7693 that she held and controlled.

f. It was further part of the scheme and artifice to defraud that JOANNE HAMLET would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purposes of the acts performed in furtherance of the scheme to defraud.

### D. Execution of the Scheme

8. On or about the dates set forth below in each Count, in the Middle District of Florida, and elsewhere, the defendant, for the purpose of executing and attempting to execute the aforementioned scheme to defraud, deposited and caused to be deposited the below-identified false and fraudulent checks into a JPMorgan Chase Bank account ending in 7693:

| Count | Date | Financial Instrument | Amount |
| --- | --- | --- | --- |
| ONE | February 25, 2019 | Check number 2220 | $9,000 |
| TWO | June 19, 2019 | Check number 2298 | $4,500 |
| THREE | July 3, 2019 | Check number 2308 | $5,000 |
| FOUR | July 8, 2019 | Check number 2309 | $3,000 |
| FIVE | August 7, 2019 | Check number 2319 | $5,000 |
| SIX | December 23, 2019 | Check number 2390 | $3,000 |
| SEVEN | January 7, 2020 | Check number 2401 | $2,000 |
| EIGHT | February 10, 2020 | Check number 2426 | $8,000 |
| NINE | February 26, 2020 | Check number 2445 | $1,500 |
| TEN | February 28, 2020 | Check number 2450 | $3,000 |

All in violation of 18 U.S.C. § 1344.

### FORFEITURE

1. The allegations contained in Counts One through Ten are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A).

2. Upon conviction of a violation of 18 U.S.C. § 1344, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture in the amount $573,400, which represents the proceeds of the offenses.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney

By: *[signature] for*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JOANNE HAMLET

## INDICTMENT

Violation: 18 U.S.C. § 1344

A true bill



Foreperson

Filed in open court this 28th day

of February, 2024.

_____
Clerk

Bail   $_____